AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 10/23/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Abel Jonatan Ochoa Espinoza,<br>A #201 470 195<br><br>*Defendant* | Case No.  25-9501 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 23, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Abel Jonatan Ochoa Espinoza, an alien, was found in the United States at or near Avondale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Alexandria, Louisiana, on or about May 31, 2019, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference herein**

*C. Bailey Jr.* (Digitally signed by CHARLES BAILEY, Date: 2025.10.24 10:57:14 -07'00')

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Diamond J. Zambrano

☒ Continued on the attached sheet.

*LUIS E TERAN* (Digitally signed by LUIS E TERAN, Date: 2025.10.24 11:51:27 -07')

*Complainant's signature*

Luis E. Teran
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: October 24, 2025

*ESWillett*
*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about October 16, 2025, the Phoenix Immigration and Customs Enforcement (ICE) office received a non-biometric immigration lead regarding previously removed alien subjects believed to be present in the United States unlawfully. ICE officers initiated an investigation to locate the alien subjects. On or about October 23, 2025, ICE officers encountered an individual, later identified as Abel Jonatan Ochoa Espinoza, after conducting surveillance near a residence in Avondale, Arizona. At the scene, ICE officers identified themselves to Ochoa Espinoza upon his subsequent exit from the residence. An immigration records check of Ochoa Espinoza revealed that he is a citizen of Honduras, currently present in the United States unlawfully. Ochoa Espinoza was taken into ICE custody and transported to the Phoenix ICE office for further investigation and processing. Ochoa Espinoza was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

///

3. Immigration history checks revealed Abel Jonatan Ochoa Espinoza to be a citizen of Honduras and a previously deported alien. Ochoa Espinoza was removed from the United States to Honduras, through Alexandria, Louisiana, on or about May 31, 2019, pursuant to a final order of removal issued by an immigration judge. There is no record of Ochoa Espinoza in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Ochoa Espinoza's immigration history was matched to him by electronic fingerprint comparison.

4. On or about October 24, 2025, Abel Jonatan Ochoa Espinoza was advised of his constitutional rights. Ochoa Espinoza freely and willingly acknowledged his rights and agreed to provide a statement under oath. Ochoa Espinoza stated that his true and complete name is Abel Jonatan Ochoa Espinoza, and that he is a citizen of Honduras and of no other country. Ochoa Espinoza also stated that he illegally entered the United States at or near "Ciudad Juarez," Mexico (near El Paso, Texas), in or around "2017," without prior inspection by immigration officials. Ochoa Espinoza further stated that he had been previously removed from the United States "1," time, and did not apply to the United States Attorney General or the Department of Homeland Security for permission to re-enter the United States after his last removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2025, Abel Jonatan Ochoa Espinoza, an alien, was found in the United States at or near Avondale, in the District of Arizona, after having been

previously denied admission, excluded, deported, or removed from the United States at or near Alexandria, Louisiana, on or about May 31, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.10.24 11:52:26 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
October 24, 2025

*ESWillett*

Eileen S. Willett
United States Magistrate Judge

3